IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JEFFREY A. WEATHERWAX, | ) | |
| | ) | |
| Plaintiff, | ) | 4:10CV3025 |
| | ) | |
| v. | ) | |
| | ) | |
| BNSF RAILWAY COMPANY, a | ) | MEMORANDUM AND ORDER |
| Delaware corporation, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED:

1) The parties' motion to amend the progression schedule, (filing no. 24), is granted.

2) The deadlines for expert disclosures are extended as follows:

        For the plaintiff:      October 27, 2009
        For the defendant:   November 29, 2009

3) The discovery and deposition deadline is extended to December 27, 2009.

4) The pretrial conference remains scheduled for January 20, 2011 before the undersigned magistrate judge, and the jury trial before Judge Kopf remains scheduled to begin, at the court's call, on February 7, 2011.

DATED this 20th day of August, 2010.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge