IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JEFFREY A. WEATHERWAX,<br><br>        Plaintiff,<br><br>vs.<br><br>BNSF RAILWAY COMPANY, a Delaware corporation;<br><br>        Defendant. | **4:10CV3025**<br><br>**ORDER OF DISMISSAL** |

    IT IS ORDERED that the Joint Stipulation for Order of Dismissal with Prejudice and Judgment, ECF No. 93, is adopted.  This action is dismissed with prejudice and judgment entered.  Each party to pay his or its own costs.

    Dated November 19, 2012.

                                        BY THE COURT:

                                        *[signature]*

                                        Warren K. Urbom
                                        United States Senior District Court